IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00068-ZLW-MJW

ALLEN DEAN KNEPPER,

    Plaintiff,

v.

BANCTEC, INC.,

    Defendant.

---

ORDER OF DISMISSAL

---

    Pursuant to and in accordance with the Stipulated Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own attorneys' fees and costs.

    DATED at Denver, Colorado, this __17__ day of August, 2005.

                                BY THE COURT:

                                S/ Zita L. Weinshienk

                                _____

                                ZITA L. WEINSHIENK,  Senior Judge
                                United States District Court